FILED
U.S. District Court
District of Kansas
02/02/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TONY B. THOMAS,

    **Plaintiff,**

    v.                  CASE NO. 25-3270-JWL

NATHAN DOLESHAL, et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff and state prisoner Tony B. Thomas filed this pro se civil action under 42 U.S.C. § 1983 claiming his constitutional rights were violated by the named Defendants. (Doc. 1.) Because Plaintiff is a prisoner and proceeds in forma pauperis, the Court conducted the statutorily required screening of Plaintiff's complaint. *See* 28 U.S.C. § 1915A(a) and (b) and 28 U.S.C. § 1915(e)(2)(B). On December 19, 2025, the Court issued a memorandum and order ("M&O") setting forth the screening standards and identifying deficiencies in the complaint that left this matter subject to dismissal in its entirety. (Doc. 4.)

Specifically, the M&O explained that the complaint failed to sufficiently allege that Defendants Carney, Farkes, Navarro, Pleshka, and Twitchel personally participated in a constitutional violation. *Id.* at 4-5. It also explained that each of the three Counts brought in the complaint failed to state a plausible claim for relief. *Id.* at 5-10. The Court granted Plaintiff to and including January 20, 2026 in which to file a complete and proper amended complaint on the required court-approved form that states a plausible claim for relief against a Defendant. *Id.* at 10-11. Plaintiff was expressly cautioned that if he "fails to timely file an amended complaint, the

1

Court will proceed on the current complaint, which will be dismissed for the reasons stated herein without further prior notice to Plaintiff." *Id.* at 10.

The deadline for Plaintiff to file his amended complaint has now passed and the Court has received no amended complaint from Plaintiff. Accordingly, this matter will be dismissed for failure to state a claim. As explained in the M&O, Count III will be dismissed with prejudice and Counts I and II will be dismissed without prejudice.

**IT IS THEREFORE ORDERED BY THE COURT** that this matter is dismissed for failure to state a claim upon which relief can be granted. Counts I and II are dismissed without prejudice and Count III is dismissed with prejudice.

**IT IS SO ORDERED**.

**Dated February 2, 2026, in Kansas City, Kansas.**

> S/ John W. Lungstrum
> JOHN W. LUNGSTRUM
> UNITED STATES DISTRICT JUDGE